BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street
Room 4-401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-00092-AWI-BAM |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF |
| ) | FORFEITURE |
| v. ) | |
| ) | |
| FRANCISCO AGUILAR-ALVAREZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based upon the plea agreement entered into between United States of America and defendant Francisco Aguilar-Alvarez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Francisco Aguilar-Alvarez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. A Taurus PT 24/7 Pro .45 caliber pistol,
   b. A magazine, and
   c. all ammunition seized in this case.

2. The above-listed assets constitute property used, intended to be used, or facilitated a violation of 21 U.S.C. § 841(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.

1  The aforementioned property shall be seized and held by the United
2  States Department of Homeland Security, Customs and Border Protection
3  in its secure custody and control.
4       4.   a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the
5  United States shall publish notice of the order of forfeiture.
6  Notice of this Order and notice of the Attorney General's (or a
7  designee's) intent to dispose of the property in such manner as the
8  Attorney General may direct shall be posted for at least 30
9  consecutive days on the official internet government forfeiture site
10 www.forfeiture.gov.  The United States may also, to the extent
11 practicable, provide direct written notice to any person known to
12 have alleged an interest in the property that is the subject of the
13 order of forfeiture as a substitute for published notice as to those
14 persons so notified.
15        b. This notice shall state that any person, other than the
16 defendant, asserting a legal interest in the above-listed property,
17 must file a petition with the Court within sixty (60) days from the
18 first day of publication of the Notice of Forfeiture posted on the
19 official government forfeiture site, or within thirty (30) days from
20 receipt of direct written notice, whichever is earlier.
21      5.   If a petition is timely filed, upon adjudication of all
22 third-party interests, if any, this Court will enter a Final Order of
23 Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests
24 will be addressed.
25
26
27 IT IS SO ORDERED.
28 Dated:  July 15, 2013                 _____
                                        SENIOR DISTRICT JUDGE

Preliminary Order of Forfeiture

2