BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
2500 Tulare Street
Room 4-401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-CR-00092-AWI-BAM |
| Plaintiff, | ) FINAL ORDER OF FORFEITURE |
| v. | ) |
| FRANCISCO AGUILAR-ALVAREZ, | ) |
| Defendant. | ) |

WHEREAS, on July 15, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Francisco Aguilar-Alvarez in the following property:

    a. A Taurus PT 24/7 Pro .45 caliber pistol,
    b. A magazine, and
    c. All ammunition seized in this case.

AND WHEREAS, beginning on September 15, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to

1 adjudicate the validity of their alleged legal interest in the
2 forfeited property;
3 　　　AND WHEREAS, the Court has been advised that no third party has
4 filed a claim to the subject property, and the time for any person or
5 entity to file a claim has expired.
6 　　　Accordingly, it is hereby ORDERED and ADJUDGED:
7 　　　1.   A Final Order of Forfeiture shall be entered forfeiting to
8 the United States of America all right, title, and interest in the
9 above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed
10 of according to law, including all right, title, and interest of
11 Francisco Aguilar-Alvarez.
12 　　　2.   All right, title, and interest in the above-listed property
13 shall vest solely in the name of the United States of America.
14 　　　3.   The Department of Homeland Security, Customs and Border
15 Protection shall maintain custody of and control over the subject
16 property until it is disposed of according to law.
17 IT IS SO ORDERED.
18 Dated:   December 5, 2013                 _____
19 　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE